# EXHIBIT C

# LEED® for Homes Rating System



January 2008

| ID | LL | SS | WE | **EA** | MR | EQ | AE |

# Energy & Atmosphere (EA)
## Optional Pathways through the EA Category



LEED for Homes Rating System

54

OPTIMIZE ENERGY PERFORMANCE | ID | LL | SS | WE | **EA** | MR | EQ | AE |

# EA 1: Optimize Energy Performance
# Maximum points: 34

**Intent**

Improve the overall energy performance of a home by meeting or exceeding the performance of an ENERGY STAR labeled home.

**Requirements**

**Prerequisites**

    **1.1 Performance of ENERGY STAR for Homes.** Meet the performance requirements of ENERGY STAR for Homes, including third-party inspections.

**Credits**

    **1.2 Exceptional Energy Performance (maximum 34 points).** Exceed the performance of ENERGY STAR for Homes. Use the equations below relating the Home Energy Standards (HERS) Index to the appropriate number of LEED points.

**South**

LEED Pts = { [ Log (100 - HERS Index) ] / 0.024 } - 48.3

**North**

LEED Pts = { [ Log (100 - HERS Index) ] / 0.021 } - 60.8



Figure 2: HERS Index Values and LEED Points