# EXHIBIT D



# Technical Resources: Guidelines for ENERGY STAR Qualified New Homes

There are two paths to qualify a home to meet ENERGY STAR's guidelines for energy efficiency. Both paths require independent verification by a qualified Home Energy Rater:

- The National Performance Path (99KB): A home energy rating (or HERS rating), where software is used to model the home's energy use to verify that it meets a target score.
- The National Prescriptive Path (363KB): A Builder Option Package (BOP), where a builder constructs the home using a prescribed set of construction specifications that meet program requirements.

    EPA has also developed county-level BOPs and regional specifications for California, Hawaii, and Guam.

    **New!** Read about how the new ENERGY STAR specification for central air conditioners and air-source heat pumps may affect builders using either the Prescriptive or Performance paths here (57KB).

Insulation requirements, HVAC sizing best practices, and key ENERGY STAR qualified product criteria for both paths are explained further in the reference codes and standards (80KB).

Both the performance and prescriptive paths require the completion of a Thermal Bypass Checklist by a Home Energy Rater. This is a comprehensive visual inspection of building details where thermal bypass, or the movement of heat around or through insulation, frequently occurs due to missing air barriers or gaps between the air barrier and insulation.

EPA has developed separate verification guidance for several kinds of housing:

- Attached homes, including condominiums, apartments, townhomes, and duplexes;
- Manufactured homes built to HUD code;
- Modular homes (13KB) built to local codes; and
- Homes built with Structurally Insulated Panels (SIPs) (30KB).

A Sampling Protocol is also available for builders who have demonstrated their ability to consistently meet the ENERGY STAR performance guidelines. It is intended to minimize production interruptions and verification costs for builders while ensuring that homes meet or exceed ENERGY STAR guidelines. Home plans can also be qualified using the Designed to Earn the ENERGY STAR label.

## Policy Changes and Clarifications

- Alternative ENERGY STAR Verification Oversight Organizations. (63KB) EPA has formalized eligibility requirements, roles, and responsibilities for recognition of organizations that oversee ENERGY STAR verifiers.
- Evaporative coolers. (83KB) EPA provides guidance for modeling evaporative coolers in New Mexico.
- Existing homes. EPA provides clarification on qualifying existing homes for the ENERGY STAR with consideration given to application of the Thermal Bypass Checklist.
- Multifamily homes. EPA provides guidance for qualifying attached homes, including condominiums, apartments, townhomes, duplexes, and mixed-use structures.
- New ENERGY STAR Specification for HVAC Equipment Will Affect Some Builders. (57KB) EPA clarifies

how the new ENERGY STAR requirements for central air conditioners and air-source heat pumps will affect builders who use the Builder Option Package or who use that equipment to meet the Performance Path requirement for ENERGY STAR qualified products.

- Thermal Bypass Checklist update. EPA cancels the requirement that insulation in floors between conditioned and exterior spaces be aligned with both the top- and bottom-side air barriers. EPA also incorporates additional guidance in the TBC to ensure top-side alignment.
- Volumetric hot water savings. (146KB) EPA provides guidance for accounting for energy savings from low-flow showerheads, horizontal-axis washing machines, demand controlled pumping systems, and other water-saving technologies.
- Waste water heat recovery. (125KB) EPA provides guidance for accounting for energy savings from the installation of waste water heat recovery devices.

## Regional Specification Changes

- California (36KB)
- Guam
- Hawaii

**Quick Finder**
**Partner Resources**

Partnership Agreements

Update My ENERGY STAR Account

Partner Locator

National Awards

Affordable Housing

Builder Recruitment Handbook

Sponsor and Utility Partner Guide (682KB)

New Homes Newsletters

**Marketing Resources**

Logos

Marketing Toolkit

**New!** Trainings and Events

Outreach Partnership

Brochures

Fact Sheets

Web Linking Policy

Best Practices for Selling Qualified Homes (83KB)

**Technical Resources**

ENERGY STAR Guidelines

**New!** New HVAC Specification Affects Some Builders (57KB)

Recent Policy Changes

Sampling Protocol

Thermal Bypass Checklist

(New!) Designed to Earn the ENERGY STAR

Indoor Air Package

Advanced Lighting Package

Homes Online Submission Tool (HOST)

**Not a Partner? Join Now!**



✉ Email This Page

Products | Home Improvement | New Homes | Buildings & Plants | Partner Resources | Kids
Publications | News Room | FAQs | Contact Us | Privacy | Site Index | Recursos en Español
PDF Viewer | Excel Viewer

EPA Home     DOE Home
EPA Search   DOE Search



# ENERGY STAR Qualified Homes
# National Performance Path Requirements

**ENERGY STAR Performance Requirements:**

To qualify as ENERGY STAR, a home must meet the minimum requirements specified below, be verified and field-tested in accordance with the RESNET Standards by a RESNET-accredited Provider, <u>and</u> meet all applicable codes.

Maximum HERS Index Required to Earn the ENERGY STAR[1]



Climate Zones 6-8: **HERS Index 80**

Climate Zones 1-5: **HERS Index 85**

Note: Due to the unique nature of some state codes and/or climates, EPA has agreed to allow regionally-developed definitions of ENERGY STAR in California, Hawaii, and the Pacific Northwest to continue to define program requirements. The States of Montana and Idaho may use either the requirements of the national program or the regionally-developed program in the Pacific Northwest.

**ENERGY STAR Mandatory Requirements:**

| Envelope [2,3,4] | Completed Thermal Bypass Inspection Checklist |
|---|---|
| Ductwork [5,6] | Leakage ≤ 6 cfm to outdoors / 100 sq. ft. |
| ENERGY STAR Products [13,14] | Include at least one ENERGY STAR qualified product category:<br>• Heating or cooling equipment [7]; OR<br>• Windows [8]; OR<br>• Five or more ENERGY STAR qualified light fixtures [9,10], appliances [11], ceiling fans equipped with lighting fixtures, and/or ventilation fans [12] |
| ENERGY STAR Scoring Exceptions | • On-site power generation may not be used to decrease the HERS Index to qualify for ENERGY STAR.<br>• A maximum of 20% of all screw-in light bulb sockets in the home may use compact fluorescent lamps (CFLs) to decrease the HERS Index for ENERGY STAR compliance. CFLs used for this purpose must be ENERGY STAR qualified. |



# ENERGY STAR Qualified Homes
# National Performance Path Notes

1. The appropriate climate zone for each building site shall be determined by the 2004 International Residential Code (IRC), Table N1101.2. The HERS Index must be calculated in accordance with the RESNET Mortgage Industry National Home Energy Rating Standards.

2. The Thermal Bypass Inspection Checklist must be completed for homes to earn the ENERGY STAR label. The Checklist requires visual inspection of framing areas where air barriers are commonly missed and inspection of insulation to ensure proper alignment with air barriers, thus serving as an extra check that the air and thermal barriers are continuous and complete.

3. Envelope leakage must be determined by a RESNET-certified rater using a RESNET-approved testing protocol.

4. To ensure consistent exchange of indoor air, whole-house mechanical ventilation is recommended, but not required.

5. Ducts must be sealed and tested to be ≤ 6 cfm to outdoors / 100 sq. ft. of conditioned floor area, as determined and documented by a RESNET-certified rater using a RESNET-approved testing protocol. If total duct leakage is ≤ 6 cfm to outdoors / 100 sq.ft. of conditioned floor area, then leakage to outdoors does not need to be tested. Duct leakage testing can be waived if all ducts and air handling equipment are located in conditioned space (i.e., within the home's air and thermal barriers) AND the envelope leakage has been tested to be ≤ 3 ACH50 OR ≤ 0.25 CFM 50 per sq. ft. of the building envelope. Note that mechanical ventilation will be required in this situation.

6. EPA recommends, but does not require, locating ducts within conditioned space (i.e., inside the air and thermal barriers), and using a minimum of R-4 insulation for ducts inside conditioned space to prevent condensation.

7. All cooling equipment, regardless of whether it is used to satisfy the ENERGY STAR products requirement, must be sized according to the latest editions of ACCA Manuals J and S, ASHRAE 2001 Handbook of Fundamentals, or an equivalent computation procedure. Maximum oversizing limit for air conditioners and heat pumps is 15% (with the exception of heat pumps in Climate Zones 5 - 8, where the maximum oversizing limit is 25%). This can be accomplished either by the rater performing the calculations or reviewing documentation provided by the professional contractor or engineer who calculated the sizing (e.g., HVAC contractor). The following operating conditions shall be used in the sizing calculations and verified where reviewed by the rater:

   Outdoor temperatures shall be the 99.0% design temperatures as published in the ASHRAE Handbook of Fundamentals for the home's location or most representative city for which design temperature data are available. Note that a higher outdoor air design temperature may be used if it represents prevailing local practice by the HVAC industry and reflects extreme climate conditions that can be documented with recorded weather data; Indoor temperatures shall be $75^0$ F for cooling; Infiltration rate shall be selected as "tight", or the equivalent term.

   In specifying equipment, the next available size may be used. In addition, indoor and outdoor coils shall be matched in accordance with ARI standards.

8. Where windows are used to meet the ENERGY STAR qualified product requirement, they shall be ENERGY STAR qualified or meet all specifications for ENERGY STAR qualified windows. Additional information can be found at www.energystar.gov/windows.

9. For the purposes of meeting the ENERGY STAR requirement, qualified lighting fixtures in the following locations cannot be counted: storage rooms (e.g., closets, pantries, sheds), or garages.

10. Efficient lighting fixtures represent a significant opportunity for persistent energy savings and a meaningful way to differentiate ENERGY STAR qualified homes from those meeting minimum code requirements. In 2008, EPA intends to propose and solicit industry comments on adding the ENERGY STAR Advanced Lighting Package (ALP) as an additional requirement for ENERGY STAR qualified homes in 2009. To learn more about the ALP, refer to www.energystar.gov/homes.

11. Eligible appliances include ENERGY STAR qualified refrigerators, dish washers, and washing machines.

12. ENERGY STAR qualified ventilation fans include range hood, bathroom, and inline fans.

13. Further efficiency and savings can be achieved by installing ENERGY STAR qualified products, in addition to those required (e.g., additional lighting, appliances, etc.). For more information, visit www.energystar.gov.

14. In homes with heat pumps that have programmable thermostats, the thermostat must have "Adaptive Recovery" technology to prevent the excessive use of electric back-up heating.



# ENERGY STAR Qualified Homes National Builder Option Package

**The requirements for the ENERGY STAR Builder Option Package (BOP) are specified in the table below.**

To qualify as ENERGY STAR using this BOP, a home must meet the requirements specified, be verified and field-tested in accordance with the HERS Standards by a RESNET-accredited Provider, and meet all applicable codes.

| | Hot Climates [1]<br>(2004 IRC Climate Zones 1,2,3) | Mixed and Cold Climates [1]<br>(2004 IRC Climate Zones 4,5,6,7,8) |
|---|---|---|
| **Cooling Equipment** (Where Provided) | Right-Sized [2]:<br>• ENERGY STAR qualified A/C *(14 SEER / 11.5 EER)*; OR<br>• ENERGY STAR qualified heat pump [3] *(14 SEER / 11.5 EER / 8.2 HSPF)* | Right-Sized [2]:<br>• 13 SEER A/C; OR<br>• ENERGY STAR qualified heat pump [3] *(14 SEER / 11.5 EER / 8.5 HSPF)* |
| **Heating Equipment** | • 80 AFUE gas furnace; OR<br>• ENERGY STAR qualified heat pump [2,3] *(14 SEER / 11.5 EER / 8.2 HSPF)*; OR<br>• 80 AFUE boiler; OR<br>• 80 AFUE oil furnace | • ENERGY STAR qualified gas furnace *(90 AFUE)*; OR<br>• ENERGY STAR qualified heat pump [2,3] *(See Note 3 for specifications)*; OR<br>• ENERGY STAR qualified boiler *(85 AFUE)*; OR<br>• ENERGY STAR qualified oil furnace *(85 AFUE)* |
| **Thermostat** [3] | ENERGY STAR qualified thermostat (except for zones with radiant heat) | |
| **Ductwork** | Leakage [4]: ≤ 4 cfm to outdoors / 100 sq. ft.; AND<br>R-6 min. insulation on ducts in unconditioned spaces [5] | |
| **Envelope** | • Infiltration [6,7] (ACH50):   7 in CZ's 1-2   \|   6 in CZ's 3-4   \|   5 in CZ's 5-7   \|   4 in CZ 8; AND<br>• Insulation levels that meet or exceed the 2004 IRC [8]; AND<br>• Completed Thermal Bypass Inspection Checklist [9] | |
| **Windows** | ENERGY STAR qualified windows or better (additional requirements for CZ2 and CZ4) [10,11,12] | |
| **Water Heater** [13] | Gas (EF):   40 Gal = 0.61   \|   60 Gal = 0.57   \|   80 Gal = 0.53<br>Electric (EF): 40 Gal = 0.93   \|   50 Gal = 0.92   \|   80 Gal = 0.89<br>Oil or Gas [14]: Integrated with space heating boiler | |
| **Lighting and Appliances** [15,16] | Five or more ENERGY STAR qualified appliances, light fixtures, ceiling fans equipped with lighting fixtures, and/or ventilation fans | |

Note: Due to the unique nature of some state codes and/or climates, EPA has agreed to allow regionally-developed definitions of ENERGY STAR in California, Hawaii, and the Pacific Northwest to continue to define program requirements. The States of Montana and Idaho may use either the requirements of the national program or the regionally-developed program in the Pacific Northwest.



Map is for illustrative purposes only and is based on figure N1101.2 from the 2004 International Residential Code (IRC).

Page 1 of 3



# ENERGY STAR Qualified Homes
# National Builder Option Package Notes

1. The appropriate climate zone shall be determined by the 2004 International Residential Code (IRC), Figure N1101.2.
2. Cooling equipment shall be sized according to the latest editions of ACCA Manuals J and S, ASHRAE 2001 Handbook of Fundamentals, or an equivalent procedure. Maximum oversizing limit for air conditioners and heat pumps is 15% (with the exception of heat pumps in Climate Zones 5 - 8, where the maximum oversizing limit is 25%). The following operating conditions shall be used in the sizing calculations and verified where reviewed by the rater:
   <u>Outdoor temperatures</u> shall be the 99.0% and 1.0% design temperatures as published in the ASHRAE Handbook of Fundamentals for the home's location or most representative city for which design temperature data are available; <u>Indoor temperatures</u> shall be 75 F for cooling and 70 F for heating; <u>Infiltration rate</u> shall be selected as "tight", or the equivalent term.
   In specifying equipment, the next available size may be used. In addition, indoor and outdoor coils shall be matched in accordance with ARI standards.
3. Homes with heat pumps in Climate Zones 4 and 5 must have an HSPF ≥ 8.5, which exceeds the ENERGY STAR minimum of 8.2 HSPF. Homes with heat pumps in Climate Zones 6, 7, and 8 cannot be qualified using this BOP, but can earn the label using the ENERGY STAR Performance Path requirements. In homes with heat pumps that have programmable thermostats, the thermostat must have "Adaptive Recovery" technology to prevent the excessive use of electric back-up heating.
4. Ducts must be sealed and tested to be ≤ 4 cfm to outdoors / 100 sq. ft. of conditioned floor area, as determined and documented by a RESNET-certified rater using a RESNET-approved or equivalent ASTM-approved testing protocol. Duct leakage testing can be waived if all ducts and air handling equipment are located in conditioned space (i.e., within the home's air and thermal barriers) AND the envelope leakage has been tested to be ≤ 3 ACH50 OR ≤ 0.25 CFM 50 per sq. ft. of the building envelope.
5. EPA recommends, but does not require, locating ducts within the home's conditioned space (i.e., inside the air and thermal barriers), and using a minimum of R-4 insulation for ducts inside the conditioned space to prevent condensation.
6. Envelope leakage must be determined by a RESNET-certified rater using a RESNET-approved testing protocol.
7. To ensure consistent exchange of indoor air, whole-house mechanical ventilation is recommended, but not required.
8. Insulation levels of a home must meet or exceed Sections N1102.1 and N1102.2 of the 2004 IRC. These sections allow for compliance to be determined by meeting prescriptive insulation requirements, by using U-factor alternatives, or by using a total UA alternative. These sections also provide guidance and exceptions that may be used. However, note that the U-factor for steel-frame envelope assemblies addressed in Section N1102.2.4 shall be calculated using the ASHRAE zone method, or a method providing equivalent results, and not a series-parallel path calculation method as is stated in the code. Additionally, Section N1102.2.2, which allows for the reduction of ceiling insulation in space constrained roof/ceiling assemblies, shall be limited to 500 sq. ft. or 20% of ceiling area, whichever is less. In all cases, insulation shall be inspected to Grade I installation as defined in the RESNET Standards by a RESNET-certified rater, with the following exceptions:

    i. Rim/Band Joists - the interior sheathing/enclosure material is optional in all climate zones, provided insulation is adequately supported and meets all other requirements.

    ii. Wall Insulation - the interior sheathing/enclosure material is optional in climate zones 1-3, provided insulation is adequately supported and meets all other requirements.

    iii. Sealed, Unvented Attic/Roof Assemblies - the interior sheathing/enclosure material is optional in climate zones 1-3, provided insulation is adequately supported and meets all other requirements, including full contact with the exterior (roof) sheathing.

    iv. Floor insulation over unconditioned basements or enclosed crawlspaces, either vented or unvented, need not be enclosed (though floor insulation over ambient conditions does).

   .Note that the fenestration requirements of the 2004 IRC do not apply to the fenestration requirements of the National Builder Option Package. Therefore, if UA calculations are performed, they must use the IRC requirements (with the exception of fenestration) plus the fenestration requirements contained in the national BOP. For more information, refer to the "Codes and Standards Information" document.

9. The Thermal Bypass Inspection Checklist must be completed for homes to earn the ENERGY STAR label. The Checklist requires visual inspection of framing areas where air barriers are commonly missed and inspection of insulation to ensure proper alignment with air barriers, thus serving as an extra check that the air and thermal barriers are continuous and complete.
10. All windows and skylights must be ENERGY STAR qualified or meet all specifications for ENERGY STAR qualified windows. Windows in Climate Zones 2 and 4 must exceed ENERGY STAR specifications (CZ 2: U-value ≤ 0.55 and SHGC ≤ 0.35;   CZ 4: U-value ≤ 0.40 and SHGC ≤ 0.45). Visit www.energystar.gov/windows for more information on ENERGY STAR qualified windows.
11. All decorative glass and skylight window area counts toward the total window area to above-grade conditioned floor area (WFA) ratio. For homes with a WFA ratio >18%, the following additional requirements apply:
    a. In IRC Climate Zones 1, 2, and 3, an improved window SHGC is required, and is determined by:



# ENERGY STAR Qualified Homes
# National Builder Option Package Notes

    **Required SHGC = [0.18 / WFA] x [ENERGY STAR SHGC]**
    *Where the ENERGY STAR SHGC is the minimum required SHGC of the climate-appropriate window specified in this BOP.*
  b. In IRC Climate Zones 4, 5, 6, 7, and 8, an improved window U-Value is required, and is determined by:
    **Required U-Value = [0.18 / WFA] x [ENERGY STAR U-Value]**
    *Where the ENERGY STAR U-Value is the minimum required U-Value of the climate-appropriate window specified in this BOP.*

12. Up to 0.75% WFA may be used for decorative glass that does not meet ENERGY STAR requirements. For example, a home with total above-grade conditioned floor area of 2,000 sq. ft. may have up to 15 sq. ft. (0.75% of 2,000) of decorative glass.
13. To determine domestic hot water (DHW) EF requirements for additional tank sizes, use the following equations:
Gas DHW EF ≥ 0.69 - (0.002 x Tank Gallon Capacity); Electric DHW EF ≥ 0.97 - (0.001 x Tank Gallon Capacity).
14. In homes with gas or oil hydronic space heating, water heating systems must have an efficiency ≥ 0.78 EF. This may be met through the use of an instantaneous water heating system or an indirect storage system with a boiler that has a system efficiency ≥ 85 AFUE. Homes with tankless coil hot water heating systems cannot be qualified using this BOP, but can earn the label using the ENERGY STAR Performance Path requirements.
15. Any combination of ENERGY STAR qualified products listed may be installed to meet this requirement. ENERGY STAR qualified ventilation fans include range hood, bathroom, and inline fans. ENERGY STAR qualified lighting fixtures installed in the following locations shall not be counted: storage rooms (e.g., closets, pantries, sheds), or garages. Eligible appliances include ENERGY STAR qualified refrigerators, dish washers, and washing machines. Further efficiency and savings can be achieved by installing ENERGY STAR qualified products, in addition to those required (e.g., additional lighting, appliances, etc.).
16. Efficient lighting fixtures represent a significant opportunity for persistent energy savings and a meaningful way to differentiate ENERGY STAR qualified homes from those meeting minimum code requirements. In 2008, EPA intends to propose and solicit industry comments on adding the ENERGY STAR Advanced Lighting Package (ALP) as an additional requirement for ENERGY STAR qualified homes in 2009.   To learn more about the ALP, refer to www.energystar.gov/homes.