IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE AIR CONDITIONING, HEATING AND
REFRIGERATION INSTITUTE, *et al.,*

      Plaintiffs,

v.                                                                      Civ. No. 08-633 MV/RLP

CITY OF ALBUQUERQUE,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiffs' Motion and Memorandum Brief for Partial Summary Judgment on Preemption of the City of Albuquerque's Green Building Codes: Replacements (Doc. No. 69, filed December 17, 2008), Plaintiffs' Motion and Memorandum Brief in Support of Partial Summary Judgment as to Volume I of the Albuquerque Energy Conservation Code: Commercial Covered Products (Doc. No. 70, filed December 17, 2008), and Plaintiffs' Motion and Memorandum in Support for Partial Summary Judgment on Portions of Volume II and High Performance Buildings Ordinance (Doc. No. 71, filed December 17, 2008). For the reasons stated below, the Court will **DENY** the Motions without prejudice.

Plaintiffs filed their Motions on December 17, 2008. Plaintiffs subsequently filed their Second Amended Complaint (Doc. No. 77, filed January 13, 2009). A "pleading that has been amended under Rule 15(a) supersedes the pleading it modifies and remains in effect throughout the action unless it subsequently is modified." *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990).

Proceedings in this case have been stayed since January 16, 2009, at the request of the Parties. The Parties seek another 60-day extension of the stay on the grounds that proposed amendments to the Albuquerque Energy Code and the High Performance Buildings Ordinance "might significantly reduce the matters in dispute in this action." (Doc. No. 81, filed May 5, 2009).

Because Plaintiffs' Motions relate to their First Amended Complaint, which has been superseded by their Second Amended Complaint, and because the proposed amendments to the City Code and Ordinance may reduce the matters in dispute, the Court will deny Plaintiffs' Motions for Summary Judgment without prejudice. Plaintiffs may file motions for summary judgment after the stay is lifted.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2009.

_____
**MARTHA VAZQUEZ**
**CHIEF UNITED STATES DISTRICT JUDGE**

*Attorneys for Plaintiffs:*

Douglas A. Baker
Atkinson, Thal & Baker, P.C.
201 3rd St. NW #1850
Albuquerque , NM 87102-3348

John R. Cooney
Leslie M Padilla
Modrall Sperling Roehl Harris & Sisk PA
PO Box 2168
Albuquerque , NM 87103
(505) 848-1800
Fax: 848-1889
Email: jcooney@modrall.com
LEAD ATTORNEY

*Attorneys for Defendant:*

Adam Richins
101 S. Capitol Blvd
Suite 1900
Boise , ID 83702


Jeremy Sacks
Bruce Klaw
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland , OR 97204

John E. DuBois
Albuquerque City Attorney's Office
PO Box 2248
Albuquerque , NM 87103

Thomas Snyder
Stoel Rives, LLP
999 18th Street
Suite 2700
Denver , CO 80202