IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE AIR CONDITIONING, HEATING &
REFRIGERATION INSTITUTE, et al.,

        Plaintiffs,

v.                                                      CIV 08-0633 MV/KBM

CITY OF ALBUQUERQUE,

        Defendant.

ORDER SETTING TELEPHONIC STATUS CONFERENCE

A telephonic status conference has been set in the above matter on **Tuesday, September 18, 2012, at 10:00 a.m.**  *Counsel shall call my meet-me conference line at 505-348-2353 to be joined to the proceedings.*

                                                         _____
                                                         UNITED STATES CHIEF MAGISTRATE JUDGE