UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THE AIR CONDITIONING, HEATING AND
REFRIGERATION INSTITUTE, *et al.*,

    Plaintiffs,

v.                                                   Civ. No. 08-633 MV/KBM

CITY OF ALBUQUERQUE,

    Defendant.

## JUDGMENT

    Having granted Plaintiffs' Motion and Memorandum Brief for Summary Judgment: Severability [Doc. 159], by separate Memorandum Opinion and Order entered on January 25, 2012 [Doc. 185], and the parties having filed a Stipulation of Dismissal of Plaintiffs' Remaining Claim for Attorneys' Fees [Doc. 189],

    **IT IS ORDERED** that this action is hereby **DISMISSED**.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE